# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PATENT ARMORY INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**PREMIUM AUDIO COMPANY LLC,**<br><br>Defendant. | **CASE NO. 1:23-CV-01021-CJB**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Patent Armory Inc., pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby provides notice that it dismisses **with prejudice** all claims by Plaintiff against Defendant Premium Audio Company LLC. Each party shall bear its own costs, expenses, and attorneys' fees.

Date: May 29, 2024

Respectfully submitted,

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
Phillips, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington DE, 19806
(302) 655-4200
JCP@PMHDELaw.com

MCH@PMHDELaw.com

Isaac Rabicoff
Rabicoff Law LLC
(admitted *pro hac vice*)
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
Tel. (773) 669-4590
issac@rabilaw.com
**Counsel for Plaintiff**
**Patent Armory Inc.**

SO ORDERED this __30th__ day of __May__, 2024.

_____*Christopher J. Burke*_____
UNITED STATES MAGISTRATE JUDGE